UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60095-CR-DIMITROULEAS /TORRES

18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(b)(1)
18 U.S.C. § 2252(a)(4)
18 U.S.C. § 2252(b)(2)

UNITED STATES OF AMERICA

v.

NICHOLAS DERAWAY,

Defendant.
_____/



FILED by INTAKE D.C.
APR 13 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about March 8, 2004, in Broward County, in the Southern District of Florida, the defendant,

**NICHOLAS DERAWAY,**

did knowingly receive visual depictions, that is, three videotapes entitled "Little Boy Butts," "Isabella The Lolli-Tot," and "A Little of Everything," that had been mailed, shipped, and transported in interstate commerce, depicting minors engaging in sexually explicit conduct, the production of which involved the use of one or more minors engaging in sexually explicit conduct and which visual depictions were of such conduct; in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT 2

On or about March 8, 2004, in Broward County, in the Southern District of Florida, the defendant,

**NICHOLAS DERAWAY,**

did knowingly possess and attempt to possess three videotapes entitled "Little Boy Butts," "Isabella The Lolli-Tot," and "A Little of Everything," which contained visual depictions that had been mailed, shipped, and transported in interstate commerce, and which were produced using materials which had been shipped and transported in interstate commerce, the production of which involved the use of one or more minors engaging in sexually explicit conduct and which visual depictions were of such conduct; in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
ROBIN WAUGH-FARRETTA
ASSISTANT UNITED STATES ATTORNEY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

*PENALTY SHEET*

Defendant Name: Nicholas Deraway    Case No:_____

| Count #: | 1: | RECEIPT OF CHILD PORNOGRAPHY |
|---|---|---|
| | | Title 18, United States Code, Section 2252(a)(2) |
| *Max Penalty: | | Twenty (20) years' imprisonment; five (5) years' mandatory minimum sentence; $250,000 fine; five (5) years' supervised release |
| | | |
| Count #: | 2: | POSSESSION OF CHILD PORNOGRAPHY |
| | | Title 18, United States Code, Section 2252(a)(4) |
| *Max Penalty: | | Ten (10) years' imprisonment; $250,000 fine; three (3) years' supervised release |
| | | |
| Count #: | | |
| | | |
| *Max Penalty: | | |
| | | |
| Count #: | | |
| | | |
| *Max Penalty: | | |

*Refers only to possible terms of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

vs.

**NICHOLAS DERAWAY,**            **CERTIFICATE OF TRIAL ATTORNEY\***
         **Defendant.**    /    **Superseding Case Information**:

**Court Division**: (Select One)

| | | |
|---|---|---|
| ___ Miami | ___ Key West | |
| _x_ FTL | ___ WPB | ___ FTP |

New Defendant(s)                Yes ___    No ___
Number of New Defendants        ___
Total number of counts          ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect    N/A

4. This case will take  _2-3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _x_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _x_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) _Yes_
   If yes:
   Magistrate Case No.  _04-4051-LSS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  _____
   Defendant(s) in state custody as of  _____
   Rule 20 from the  _____    District of _____

   Is this a potential death penalty case? (Yes or No)  _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes  _x_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _x_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ? ___ Yes _x_ No

_[signature]_
Assistant U.S. Atty. Robin Waugh-Farretta
Florida Bar No.  0537837

Penalty Sheet(s) attached                                              REV.1/14/04